PAULINE GUTT, APPELLANT, v. JOHN VENEZIA ET AL.,
RESPONDENTS.

Submitted October 26, 1934—Decided January 10, 1935.

For the appellant, *Smith & Schwartz*.

For the respondents, *Alfred D. Antonio*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered *per curiam* in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, CASE, BODINE, DONGES, HEHER, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, JJ. 11.

*For reversal*—None.